FILED
CLERK, U.S. DISTRICT COURT
Jan 9, 2026
CENTRAL DISTRICT OF CALIFORNIA
BY: pd DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

**Jacob Schaal,**

**Plaintiff,**

**v.**

**Altura Credit Union,**

**Defendant.**

**Case No.: 8:25-cv-00199-DOC-DFMx**

**Jury Note (1) Redacted**

Trial: January 5, 2026-January 9, 2026

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.8:25-cv-00199-DOC-DFM

Date: 1/9/26

Case Name: Jacob Schaal v. Altura Credit Union

Time: 11:10AM

JURY NOTE NUMBER 1

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

X THE JURY REQUESTS THE FOLLOWING:

Is Exhibit 301 the image that was attached to exibit 302, if not what exhibit is the image refernced in 302?

SIGNED

FOREPERSON OF THE JURY