FILED
CLERK, U.S. DISTRICT COURT
Jan 9, 2026
CENTRAL DISTRICT OF CALIFORNIA
BY: pd DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **Jacob Schaal,**<br>**Plaintiff,**<br>**v.**<br>**Altura Credit Union,**<br>**Defendant.** | **Case No.: 8:25-cv-00199-DOC-DFMx**<br><br>**Jury Note (2) Redacted**<br><br>Trial: January 5, 2026-January 9, 2026 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.8:25-cv-00199-DOC-DFM

Date: 1/9/2026

Case Name: Jacob Schaal v. Altura Credit Union

Time: 3:18 pm

JURY NOTE NUMBER 2

X THE JURY HAS REACHED A UNANIMOUS VERDICT

_____ THE JURY REQUESTS THE FOLLOWING:

SIGNED: