FILED
CLERK, U.S. DISTRICT COURT
Jan 9, 2026
CENTRAL DISTRICT OF CALIFORNIA
BY: pd DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

**Jacob Schaal,**

**Plaintiff,**

**v.**

**Altura Credit Union,**

**Defendant.**

**Case No.: 8:25-cv-00199-DOC-DFMx**

**Jury Note (1) Response Redacted**

Trial: January 5, 2026-January 9, 2026

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.8:25-cv-00199-DOC-DFM

Date: 1/9/26

Case Name: Jacob Schaal v. Altura Credit Union

Time: 11:10AM

JURY NOTE NUMBER 1

______ THE JURY HAS REACHED A UNANIMOUS VERDICT

X THE JURY REQUESTS THE FOLLOWING:

Is Exhibit 301 the image that was attached to exibit 302, if not what exhibit is the image refernced in 302?

Yes. Ex 301 is the image attached to Ex 302.

Judge David Carter

SIGNED

FOREPERSON OF THE JURY