JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACOB SCHAAL,** | **Case No.:** CV25-199 DOC (DFMx) |
| Plaintiff, | **JUDGMENT** |
| v. | **HON. DAVID O. CARTER** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.; ALTURA CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC.; AND TRANS UNION, LLC,** | |
| Defendants. | |

The jury reached a verdict in favor of Plaintiff JACOB SCHAAL ("Schaal") and against Defendant ALTURA CREDIT UNION ("Altura") on January 9, 2026, Dkt. No. 113, as follows:

| FAIR CREDIT REPORTING ACT | |
|---|---|
| Actual Damages | $1,500 |
| Punitive Damages | $10,000 |
| CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT | |
| Actual Damages | $2,500 |
| ELECTRONIC FUNDS TRANSFER ACT | |
| Actual Damages | $350 |
| CALIFORNIA FAIR DEBT COLLECTION PRACTICES ACT | |
| Actual Damages | $3,000 |

Judgment is thus entered in Schaal's favor against Altura in the total amount of $17,350.00.

**IT IS SO ORDERED**

Dated:    January 29, 2026

_____

HON. DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE

---

**CASE NO.: CV25-199 DOC (DFMx)**          *Schaal v. Experian Information Solutions, Inc., et al.*

**JUDGMENT**