# EXHIBIT 9

---

## IN THE CASE OF

## JACOB SCHAAL,

## V.

## ALTURA CREDIT UNION.

## CV25-199 DOC (DFMx)

LOKERLAW

Sano Attorney Service
P.O. Box 1568
Riverside, CA 92502
Phone: (909) 425-2248
Fax: (909) 425-2218
47-3283813

# INVOICE

Invoice #SNO-2025006317
12/3/2025

Loker Law, APC
1303 East Grand Avenue
Suite 101
Arroyo Grande, CA 93420

Reference Number: Schaal v. Altura
Your Contact: Madison Simoes
**Case Number: Central 8:25-CV-00199-DOC-DFM**

Plaintiff:
**Jacob Schaal**

Defendant:
**Altura Credit Union**

Non-Served: 11/24/2025
To be served on: CSO Greg Miller c/o City of Lakewood

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Bad Address | 1.00 | 109.00 | 109.00 |
| TOTAL CHARGED: | | | $109.00 |
| **BALANCE DUE:** | | | **$109.00** |

**** If Paying By Credit Card There Will Be A 5% Charge Added To All Fees Advanced On Your Behalf. ****

Please Make Checks Payable To "Sano Attorney Service"

Payment of this invoice is due upon reciept.
FEIN: 47-3283813

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

B/A 109-

VG 11/18/225
emailed to johnny

**Sano Attorney Service**
**P.O. Box 1568, Riverside, CA 92502**
**(909) 425-2248**

Johnny

**Priority: STANDARD** **Field Sheet #2025006317**

Received: 11/18/2025 at 9:48 am
**Court Date: 1/12/2026 Filed:**

- B/A

**SERVE:**
**Work: CSO Greg Miller, 5050 Clark Avenue, Lakewood, CA 90712**

**SPECIAL INSTRUCTIONS:**
c/o City of Lakewood

**Attempts** Server: **John Griego**

| | Date | Time | Comments |
|---|---|---|---|
| 1. | 11/24 | 3:35 | Jo. Mayberry Stated she can't accept paperwork. He no longer works for city of Lakewood. |
| 2. | / | | |
| 3. | / | | |
| 4. | / | | |
| 5. | / | | |
| 6. | / | | |
| 7. | / | | |
| 8. | / | | |

**Actual Service Info**

Type: ______ Married? ______ Military? ______

Served on: ______ As: ______

Address: ______

Comments: ______

Miles ______
Hours ______
Additional Addr: 1 2 3
Courier ______
Out of Pocket Costs

Age____ Sex M F Race______ Height______ Weight______ Hair______ Glasses Y N

Case Number: 8:25-CV-00199-DOC-DFM
Plaintiff
Jacob Schaal

Defendant
Altura Credit Union

Type of Writ: **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action**

12/3- Sue emailed on 12/1
Close Out

Client:
Firm: Loker Law, APC
Contact: Madison Simoes
Phone: (805) 994-0177 Fax: (805) 904-0197
Client Reference Number: Schaal v. Altura

LC - Process Server's Toolbox V9.0e

# RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
Central District of California

Case Number: 8:25-CV-00199-DOC-DFM

Plaintiff:
**Jacob Schaal**

vs.

Defendant:
**Altura Credit Union**

For:
Matthew M. Loker, Esq.
Loker Law, APC
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420

Received by Sano Attorney Service to be served on **CSO Greg Miller c/o City of Lakewood, 5050 Clark Avenue, Lakewood, CA 90712**.

I, John Griego, do hereby affirm that on the **24th day of November, 2025** at **3:35 pm, I:**

**NON-SERVED** the **Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action** : After due search, careful inquiry and diligent efforts, an employee, independent contractor and/or myself have been unable to effect service of process for the reasons detailed below.

**Additional Information pertaining to this Service:**
11/24/2025 3:35 pm Bad Address. Subject no longer works here per Jo Maybery.

I certify that I am over the age of 18 and have no interest in the above action.

John Griego

**John Griego**
2024158608

**Sano Attorney Service**
**P.O. Box 1568**
**Riverside, CA 92502**
**(909) 425-2248**

Our Job Serial Number: SNO-2025006317
Ref: Schaal v. Altura
Service Fee: $109.00

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e